No. 82–6325. HAZRA *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 82–6329. BURTON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 82–6339. LEVY *v.* FAIRFAX COUNTY GOVERNMENT. C. A. 4th Cir. Certiorari denied.

No. 82–6346. JOHNSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 82–6355. ALFARO-GONZALEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–6364. UNDERWOOD-NUNEZ *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 9th Cir. Certiorari denied.

No. 82–6369. PUCHALA ET AL. *v.* COINTELPRO ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–6374. CONERLY ET AL. *v.* UNITED STATES; and No. 82–6376. DICKENS ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 82–6385. KIMBERLIN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 82–6392. PARKER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–6393. CAPO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–6395. COWHIG *v.* MARSH, SECRETARY OF THE ARMY. C. A. 1st Cir. Certiorari denied.